**2009–2309. State ex rel. Hazel v. Bender.**
Franklin App. No. 09AP–288, 2009-Ohio-6326. Reported at 125 Ohio St.3d 448, 2010-Ohio-2112, 928 N.E.2d 1092. On motion for reconsideration. Motion denied.

**2010–0005. State ex rel. Pruitt v. Cuyahoga Cty. Court of Common Pleas.**
Cuyahoga App. No. 94155, 2009-Ohio-6657. Reported at 125 Ohio St.3d 402, 2010-Ohio-1808, 928 N.E.2d 722. On motion for leave to amend motion for reconsideration and amended motion for reconsideration. Motion for leave to amend motion for reconsideration granted. Amended motion for reconsideration denied.

LANZINGER, J., dissents.

**2010–0306. Lavery v. Akron Dept. of Pub. Serv.**
Summit App. No. 24760, 2009-Ohio-6946. Reported at 125 Ohio St.3d 1439, 2010-Ohio-2212, 927 N.E.2d 11. On motion for reconsideration. Motion denied.

**2010–0333. Brooklyn v. Kushlak.**
Cuyahoga App. No. 94124. Reported at 125 Ohio St.3d 1439, 2010-Ohio-2212, 927 N.E.2d 11. On motion for reconsideration. Motion denied.

**2010–0347. State v. Bunting.**
Stark App. No. 2009CA00172. Reported at 125 Ohio St.3d 1440, 2010-Ohio-2212, 927 N.E.2d 11. On motion for reconsideration. Motion denied.

**2010–0388. State v. Smith.**
Hamilton App. No. C–090911. Reported at 125 Ohio St.3d 1441, 2010-Ohio-2212, 927 N.E.2d 12. On motion for reconsideration. Motion denied.

**2010–0409. Davis v. CNG Financial Corp.**
Hamilton App. No. C–090182. Reported at 125 Ohio St.3d 1441, 2010-Ohio-2212, 927 N.E.2d 12. On motion for reconsideration. Motion denied.

**2010–0583. In re C.C.**
Cuyahoga App. No. 94011, 2010-Ohio-779. Reported at 125 Ohio St.3d 1442, 2010-Ohio-2212, 927 N.E.2d 12. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

# CASE ANNOUNCEMENTS

*July 22, 2010*

[Cite as *07/22/2010 Case Announcements*, 2010-Ohio-3396.]

## MOTION AND PROCEDURAL RULINGS

**2008–2251. State v. Chambliss.**
Cuyahoga App. No. 91272, 2008-Ohio-3800 and 2008-Ohio-5285. It is ordered by the court, sua sponte, that this cause is no longer held for the decision in 2008–0991 and 2008–0992, *Chojnacki v. Cordray*, 126 Ohio St.3d 321, 2010-Ohio-3212, 933 N.E.2d 800, and briefing shall proceed.

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Cuyahoga County, and the parties shall brief this case in accordance with S.Ct.Prac.R. 6.2–6.4.

PFEIFER, J., dissents and would dismiss the appeal as having been improvidently accepted.

**2009–0088. State v. Williams.**
Warren App. No. CA2008–02–029, 2008-Ohio-6195. It is ordered by the court, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753, and briefing shall proceed.

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from